# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## *Hearing Information:*

|  |  |  |
|---|---|---|
| **Debtor:** | DOMINICK J & MARY GRACE BUSSANICH | |
| **Case Number:** | 2:08-BK-10348-RTB | **Chapter:** 13 |
| **Date / Time / Room:** | WEDNESDAY, SEPTEMBER 30, 2009 02:30 PM   7TH FLOOR #703 | |
| **Bankruptcy Judge:** | REDFIELD T. BAUM | |
| **Courtroom Clerk:** | LUANN BELLER | |
| **Reporter / ECR:** | JUANITA PIERSON-WILLIAMS | |

## *Matter:*

PRELIMINARY HEARING ON MOTION FOR RELIEF FROM STAY FILED BY  MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC., SOLELY AS NOMINEE FORAMERICA'S SERVICING COMPANY ITS
SUCCESSORS AND/OR ASSIGNS.

**R / M #:**   47 / 0

## *Appearances:*

LEONARD J. MCDONALD, ATTORNEY FOR MERS/AMERIC'AS SERVICING CO

## *Proceedings:*

HEARING VACATED - CONTINUED TO NOVEMBER 4, 2009 AT 2:30 P.M.